# McDonald v. Ryan Grocery Co.

APPEAL from Lauderdale District Court, in Equity.

Heard before the Hon W. P. CHITWOOD.

No counsel marked as appearing for either party litigant.

The bill in this case was filed by the appellee, The C. R. Ryan Grocery Company against the appellant, Sarah J. McDonald, and prayed for the sale of lands owned in common by complainant and defendant for partition and distribution. The defendant demurred to the bill; and upon her demurrer being overruled, she brings the present appeal. There are no assignments of error on the record. The decree of the court overruling the demurrer to the bill is affirmed.

Opinion by McCLELLAN, J.